PROB 12C
(7/93)

# United States District Court

for

# District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Andrzej Madej  
**Docket Number:** 08-00491-001  
**PACTS Number:** 45212

**Name of Sentencing Judicial Officer:** HONORABLE JOANNA SEYBERT, USDJ (ED/NY)

**Name of Assigned Judicial Officer:** HONORABLE STANLEY R. CHESLER, USDJ (D/NJ)

**Date of Original Sentence:** 06/11/2007

**Original Offense:** CONSPIRACY TO DEFRAUD THE UNITED STATES

**Original Sentence:** Seven months imprisonment; three years supervised release; $49,720.65 in restitution; $100 special assessment.

**Type of Supervision:** Supervised Release  
**Date Supervision Commenced:** 11/30/07

**Assistant U.S. Attorney:** To be assigned, 970 Broad Street, Room 502 Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Federal Public Defender (to be assigned), 1002 Broad Street, Newark, New Jersey 07102, (973) 645-6347

---

## PETITIONING THE COURT

[X] To issue a warrant  
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the mandatory supervision condition which states **'You shall not commit another federal, state, or local crime.'** |
| | On October 1, 2010, Madej was arrested in Clifton, New Jersey, for Driving While Intoxicated. The police report indicates he had a .13% blood alcohol level. Madej was operating a 2001 Nissan Maxima, Florida tag X219WW, that is registered to his friend, Zbigniew Grel. In addition, he was arrested under the alias Marcin Dlugosz. |
| | This case remains pending at the Clifton Municipal Court; the next scheduled court appearance is November 16, 2010. |

2     The offender has violated the standard supervision condition which states '**You shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.**'

Madej did not report this arrest to the probation officer as required.

3     The offender has violated the mandatory supervision condition which states '**You shall not commit another federal, state, or local crime.**'

On October 23, 2010, Madej was arrested for simple assault in Clifton, New Jersey. The police report indicates that on October 17, 2010, Madej's stepdaughter, Justyna Wolanin, contacted police after Madej allegedly slapped her. Wolanin stated to police that Madej and a friend had been drinking all day and he became enraged when she asked his friend (name not specified in the report) to leave the home.

This case remains pending at the Clifton Municipal Court. Madej's next scheduled court appearance is November 17, 2010.

4     The offender has violated the standard supervision condition which states '**You shall not leave the judicial district without the permission of the Court or Probation Officer.**'

On July 21, 2008, Madej traveled to Maine without authorization for the purpose of committing an aggravated felony (see violation number five).

5     The offender has violated the mandatory supervision condition which states '**You shall not commit another federal, state, or local crime.**'

According to information received from the Bureau of Motor Vehicles, on July 21, 2008, Madej traveled to Maine and fraudulently obtained a license. Specifically, Madej obtained a license in the name Marcin Dlugosz, with a date of birth of June 20, 1970, and a social security number of 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 (attached is a copy of the driver's license).

According to an investigator with the Bureau of Motor Vehicles, Madej committed the offense of Aggravated Forgery, a violation of 17A MRSA Sub 702-1D, a class B felony (up to ten years imprisonment and/or a $20,000 fine).

PROB 12C - Page 3
Andrzej Madej

6   The offender has violated the standard supervision condition which states 'You shall not leave the judicial district without the permission of the Court or Probation Officer.'

On October 20, 2009, Madej traveled to Maine without authorization. On that date, he was issued a citation for careless driving. On November 9, 2009, he was convicted of that offense.

7   The offender has violated the standard supervision condition which states 'You shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.'

On January 6, 2010, Madej submitted a fraudulent Monthly Supervision Report for October 2009 in that he failed to report the unauthorized travel to Maine and the police contact.

8   The offender has violated the standard supervision condition which states 'As a condition of supervision, you are instructed to pay restitution in the amount of $49,720.65 to Motors Insurance Corp, GMAC Insurance Holdings, Inc., 300 Galleria Officentre, Southfield, MI; it shall be paid in the following manner: 25% of net disposable income.'

Since the commencement of supervision, Madej has remitted only $275 toward restitution. The outstanding balance is $56,921.99 (with interest accumulation).

I declare under penalty of perjury that the foregoing is true and correct.

By: Denise Morales
U.S. Probation Officer
Date: 11/4/10

THE COURT ORDERS:

[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____.
[ ] No Action
[ ] Other

Signature of Judicial Officer

11/4/2010
Date