UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA | Hon. Stanley R. Chesler, U.S.D.J. |
|---|---|
| v. | Crim. No. 2:08-cr-00491-SRC |
| ANDRZEJ MADEJ | **JUDGMENT OF REVOCATION OF SUPERVISED RELEASE** |

The Court having presided over defendant's guilty plea on December 21, 2010 to Count 6 of the Amended Petition for Violation of Supervised Release (Dec. 14, 2010) (Dkt. No. 9) charging him with violating the terms of supervised release by leaving the judicial district without the permission of the Court or Probation Officer, and concurrent sentencing hearing, it is hereby ORDERED:

1. Defendant is hereby adjudged guilty of violating the terms of his supervised release;

2. Defendant's supervised release is hereby REVOKED;

3. Defendant is hereby sentenced as follows: the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of nine (9) months, with no supervision to follow;

4. Defendant shall remain in custody pending service of sentence; and

5. Counts 1, 2, 3, 4, 5, 7, 8, and 9 of the Amended Petition for Violation of Supervised Release are dismissed.

Dated: December 2/2010

HONORABLE STANLEY R. CHESLER
United States District Judge